IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| MICHAEL HERNANDEZ AND BELINDA HERNANDEZ § § § Plaintiffs § v. § **CIVIL ACTION NO.** _____ § BANK OF AMERICA, N.A. a/k/a BAC § HOME LOAN SERVICING, LP f/k/a § COUNTRYWIDE HOME LOANS § SERVICING, LP § § Defendant. § | |

**CORPORATE DISCLOSURE STATEMENT AND**
**DISCLOSURE OF INTERESTED PERSONS**

Bank of America, N.A. ("Bank of America" or "Defendant") file this its Corporate Disclosure Statement and Disclosure of Interested Persons.

**I.   CORPORATE DISCLOSURE STATEMENT**

Bank of America, N.A. ("Bank of America") is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., which in turn is 100% owned by Bank of America Corporation, whose shares are publicly traded. No public company other than Bank of America Corporation has an ownership interest of 10% or more in Bank of America, National Association. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

**II.   DISCLOSURE OF INTERESTED PERSONS**

The following individuals/entities have a financial interest in the outcome of the lawsuit:

1.   Michael Hernandez

375385.1

---

2. Belinda Hernandez

3. Bank of America

        Respectfully submitted,

        */s/ Jeffrey R. Seewald*
        **JEFFREY R. SEEWALD**
        Texas Bar No. 17986640
        McGlinchey Stafford PLLC
        1001 McKinney, Suite 1500
        Houston, TX  77002
        Telephone :  (713) 520-1900
        Facsimile:   (713) 520-1025

        **RACHEL L. HYTKEN**
        Texas Bar No. 24072163
        McGlinchey Stafford PLLC
        2711 N. Haskell Avenue, Suite 2750, LB 25
        Dallas, Texas 75204
        Telephone: (214) 445-2413
        Facsimile: (214) 445-2450

        **ATTORNEYS FOR DEFENDANTS**

I certify that a correct copy of the foregoing has been forwarded to Plaintiffs' counsel in accordance with the Federal Rules of Civil Procedure on this 7th day of October, 2011 as follows:

        <u>***Via Certified Mail, RRR***</u>
        JOSE W. HERNANDEZ
        Ortiz & Millin, LP
        1305 East Nolana Loop, Suite F
        McAllen, Texas 78504

        */s/ Rachel L. Hytken*
        Rachel L. Hytken